**Electronically Filed
Intermediate Court of Appeals
30713
13-MAR-2014
03:51 PM**

NO. 30713

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ESTRELLITA GAY TIMON, Plaintiff-Appellee/Cross-Appellant,
v.
NEAL JACKSON TIMON, Defendant-Appellant/Cross-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DIVORCE NO. 07-1-3721)

ORDER OF AMENDMENT TO THE MAJORITY OPINION
(By: Reifurth and Ginoza, JJ.)

The majority opinion of the court filed on March 13, 2014, is amended as follows:

1.    **Page 3, second paragraph, line 5:**

Delete the comma after $65,062.31 so that, as corrected, the line reads:  Wife $65,062.31 less than a one-half share of the marital estate;

2.    **Page 3, the last paragraph:**

Delete "we affirm the Decree and all orders on appeal." and add "we affirm in part, vacate in part, and remand for further proceedings with regard to the equalization payment ordered by the family court." so that, as corrected, the line reads:  For the reasons discussed below, we affirm in part, vacate in part, and remand for further proceedings with regard to the equalization payment ordered by the family court.

3.    **Page 3, footnote 4, line 2:**

Replace "37.2" with "37(2)" so that, as corrected, the line reads: 27, 34, 37(2), and 37(7).

The Clerk of the Court is directed to take all necessary steps to notify the publishing agency of the amendments.

An Amended Memorandum Opinion will be filed contemporaneously with this order.

DATED: Honolulu, Hawaii, March 13, 2014.

Associate Judge

Associate Judge